**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NEVADA POWER COMPANY, A NEVADA CORPORATION, Appellant/Cross-Respondent, vs. NOVEMBER 2005 LAND INVESTORS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AWH NORTH NLV 2009, LLC, A NEVADA LIMITED LIABILITY COMPANY; OLYMPIA 2009 NLV INVESTORS, LLC, A NEVADA LIMITED LIABILITY COMPANY; KBS SOR PARK HIGHLANDS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND BOH PARK HIGHLANDS NV LP, A NEVADA LIMITED PARTNERSHIP, Respondents/Cross-Appellants. | No. 64226 |



FILED

JUN 2 4 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

| | |
|---|---|
| NEVADA POWER COMPANY, A NEVADA CORPORATION, Appellant, vs. NOVEMBER 2005 LAND INVESTORS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AWH NORTH NLV 2009, LLC, A NEVADA LIMITED LIABILITY COMPANY; OLYMPIA 2009 NLV INVESTORS, LLC, A NEVADA LIMITED LIABILITY COMPANY; KBS SOR PARK HIGHLANDS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND BOH PARK HIGHLANDS NV LP, A NEVADA LIMITED PARTNERSHIP, Respondents. | No. 66479 |

SUPREME COURT
OF
NEVADA

(O) 1947A

15-19257

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).[1] In light of this order, the oral argument currently scheduled for June 29, 2015, at 10:00 a.m. is hereby vacated.

It is so ORDERED.

_____, C.J.

cc:   Hon. Gloria Sturman, District Judge
      Fennemore Craig, P.C./Phoenix
      Snell & Wilmer, LLP/Reno
      Fennemore Craig Jones Vargas/Las Vegas
      Kemp, Jones & Coulthard, LLP
      Greenberg Traurig, LLP/Las Vegas
      Eighth District Court Clerk

---

[1]Although the parties have requested that this court remand these matters to the district court so that the challenged judgments can be vacated or amended pursuant to the settlement agreement, that request is denied. Upon the dismissal of these appeals on the parties' stipulation, jurisdiction over the underlying cases automatically returns to the district court, rendering a remand unnecessary.